UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
HARTFORD FIRE INSURANCE COMPANY,    :   Case No. 22-cv-03994-NSR
:
                Plaintiff,    :   **DEFAULT JUDGMENT**
:
- against -    :
:
455 HOSPITALITY, LLC    :
:
:
                Defendant.    :
-----------------------------------------------------------------------x

    Defendant 455 Hospitality, LLC, having been duly served with process and a copy of the Complaint in the above-captioned action; and a default having been entered against Defendant pursuant to Federal Rule of Civil Procedure 55(a) for failure to timely answer, plead or otherwise defend within the time period allowed by the rules of this Court; and the Plaintiff having filed a declaration with exhibits setting forth the basis of its claim and the amount due, it is

    **ORDERED and ADJUDGED** that judgment is hereby entered in favor of Plaintiff Hartford Fire Insurance Company and against Defendant 455 Hospitality, LLC, in the amount of $75,460.51, plus interest at the statutory rate of 9% from and after the contract default date of June 28, 2021; and that this case is closed.

Dated: White Plains, NY
       May 25          ,2023

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2023

1

276337549v.1