**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY,

                Plaintiff,

                                                        22 **CIVIL** 3994 (NSR)

       -against-                         **AMENDED DEFAULT JUDGMENT**

455 HOSPITALITY, LLC,

                Defendant.
----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Default Judgment dated May 25, 2023, that judgment is hereby entered in favor of Plaintiff Hartford Fire Insurance Company and against Defendant 455 Hospitality, LLC, in the amount of $75,460.51, plus interest at the statutory rate of 9% from and after the contract default date of June 28, 2021, in the amount of $12,950.26; and that this case is closed.

**DATED**: New York, New York
             May 25, 2023

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                     **BY**:    *K. Mango*
                                                          **Deputy Clerk**